IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: 2021 TERMS OF COURT FOR THE      )
PITTSBURGH DIVISON OF THE U.S.          )      MISCELLANEOUS NO.  20-1235
DISTRICT COURT FOR THE WESTERN          )
DISTRICT OF PENNSYLVANIA                 )

ORDER

AND NOW, this __14TH__ day of __August__, 2020, **IT IS HEREBY**

**ORDERED** that the 2021 trial terms for the Pittsburgh division of this court shall commence on

the dates listed in "Attachment A" to this order and each term shall last for a period of fourteen

(14) days.

**IT IS FURTHER ORDERED THAT** that the Clerk of Court shall issue summons for

the appropriate number of jurors required for each trial term, that number to be determined by the

Pittsburgh division's trial schedule for each trial term.

**IT IS FURTHER ORDERED THAT** the establishment of trial terms in the Erie and

Johnstown divisions will be determined by the most senior active District Judge of that division.

_____
**The Honorable Mark R. Hornak,**
**Chief United States District Judge**

cc:     All District and Magistrate Judges of the Western District of Pennsylvania
        Joshua C. Lewis, Clerk of Court
        U.S. Attorney's Office
        Federal Public Defender
        U.S. Marshal Service
        U.S. Probation and Pretrial Services Office

**FILED**

AUG 17 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA